UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

              Plaintiff,                        Case No. 1:18–cr–167

     v.                                  Hon. Paul L. Maloney

SHAMEKIA LIPTROT,

              Defendant.

_____/


## NOTICE OF HEARING


TAKE NOTICE that a hearing has been scheduled as set forth below:


Type of hearing(s):    Sentencing
Date/Time:           January 6, 2020   03:30 PM
District Judge:        Paul L. Maloney
Place/Location:       174 Federal Building, Kalamazoo, MI


                                           PAUL L. MALONEY
                                         United States District Judge

Dated:   September 18, 2019     By:   _/s/ Amy C. Redmond_____
                                         Case Manager