UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No: 1:18-cr-167-15
Hon. Paul L. Maloney
United States District Judge

SHAMEKIA LIPTROT,

    Defendant.

_____/

DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE

Defendant, Shamekia Liptrot, through counsel, pursuant to Local Criminal Rule 32.2(g), respectfully moves this Court to impose a sentence that varies below the Sentencing Guidelines. This request is based on the application of the sentencing factors set forth in 18 U.S.C. § 3553(a) and the reasons set forth in Defendant's Sentencing memorandum.

Dated: December 30, 2019                                          Respectfully Submitted,

                                                                         By:   /s/  Cirilo Martinez
                                                                                   Cirilo Martinez,
                                                                                   Attorney for Defendant
                                                                                   3010 Lovers Lane
                                                                                   Kalamazoo, Michigan 49001
                                                                                   (269) 342-1112