## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Shamekia Liptrot | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:18-cr-167 | 1/6/2020 | 3:36 p.m. - 4:09 p.m. | Kalamazoo | |

### APPEARANCES

| Government: Daniel T. McGraw | Defendant: Cirilo Martinez | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention  (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☑ Sentencing
- ☐ Trial
- ☐ Other: ____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: ____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: ____

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: 30 months
Probation: n/a
Supervised Release: 1 year
Fine: $ 0.00
Restitution: $ 0.00
Special Assessment: $ 100.00

Plea Agreement Accepted: ☑ Yes ☐ No
Defendant informed of right to appeal: ☑ Yes ☐ No
Counsel informed of obligation to file appeal: ☑ Yes ☐ No

Conviction Information:
- Date: 10/4/2019
- By: Plea
- As to Count (s): 6 of the Spsdg Indictment

**ADDITIONAL INFORMATION:**
Count 1 is dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

| Reporter/Recorder: Kathleen Thomas | Case Manager: A. Redmond |
|---|---|