Exhibit #1

· First Step Act eligibility
· Recidivism Risk level

DATE REVIEWED: _____4-22-2020_____

INSTITUTION:   FPC Alderson, WV         UNIT:      A Building, Range 2
INMATE NAME:   Liptrot, Shanekia        REG NO:    22181-040

FIRST STEP ACT (Circle One):        **(ELIGIBLE)**   /   INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):        **(MINIMUM)**   LOW   MEDIUM   HIGH

## FEMALE PATTERN RISK SCORING

| Register Number: | 22181-040 | Date: | 9/10/2020 |
|---|---|---|---|
| Inmate Name: | liptrol, shamekia | | |

| FEMALE RISK ITEM SCORING | | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|---|
| 1. Current Age | | > 60 | 0 | | 0 | |
| | 30-40 | 51-60 | 5 | | 1 | |
| Click on gray dropdown box to select, then click on dropdown arrow | | 41-50 | 10 | 15 | 2 | 3 |
| | | 30-40 | 15 | | 3 | |
| | | 26-29 | 20 | | 4 | |
| | | < 26 | 25 | | 5 | |
| 2. Violent Offense (PATTERN) | | No | 0 | 0 | 0 | 0 |
| | No | Yes | 0 | | 3 | |
| 3. Criminal History Points | | 0 - 1 Points | 0 | | 0 | |
| | 0 - 1 Points | 2 - 3 Points | 8 | | 4 | |
| | | 4 - 6 Points | 16 | 0 | 8 | 0 |
| | | 7 - 9 Points | 24 | | 12 | |
| | | 10 - 12 Points | 32 | | 16 | |
| | | > 12 Points | 40 | | 20 | |
| 4. History of Escapes | | None | 0 | | 0 | |
| | None | > 10 Years Minor | 3 | 0 | 2 | 0 |
| | | 5 - 10 Years Minor | 6 | | 4 | |
| | | < 5 Years Minor/Any Serious | 9 | | 6 | |
| 5. History of Violence | | None | 0 | | 0 | |
| | None | > 10 Years Minor | 1 | | 1 | |
| | | > 15 Years Serious | 2 | | 2 | |
| | | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
| | | 10 - 15 Years Serious | 4 | | 4 | |
| | | < 5 Years Minor | 5 | | 5 | |
| | | 5 - 10 Years Serious | 6 | | 6 | |
| | | < 5 Years Serious | 7 | | 7 | |
| 6. Education Score | | Not Enrolled | 0 | | 0 | |
| | HS Degree/GED | Enrolled in GED | -3 | -6 | -1 | -2 |
| | | HS Degree/GED | -6 | | -2 | |
| 7. Drug Program Status | | No DAP Completed | 0 | | 0 | |
| | No DAP Completed | NRDAP Complete | -4 | 0 | -1 | 0 |
| | | RDAP Complete | -8 | | -2 | |
| | | No Need | -12 | | -3 | |
| 8. All Incident Reports (120 months) | | 0 | 0 | | 0 | |
| | 0 | 1 | 1 | 0 | 1 | 0 |
| | | 2 | 2 | | 2 | |
| | | > 2 | 3 | | 3 | |
| 9. Serious Incident Reports (120 months) | | 0 | 0 | | 0 | |
| | 0 | 1 | 1 | 0 | 1 | 0 |
| | | 2 | 2 | | 2 | |
| | | > 2 | 3 | | 3 | |
| 10. Time Since Last Incident Report | | 12+ months or no incidents | 0 | | 0 | |
| | 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | | 3-6 months | 4 | | 2 | |
| | | < 3 months | 6 | | 3 | |
| 11. Time Since Last Serious Incident Report | | 12+ months or no incidents | 0 | | 0 | |
| | 12+ months or no incidents | 7-12 months | 1 | 0 | 1 | 0 |
| | | 3-6 months | 2 | | 2 | |
| | | < 3 months | 3 | | 3 | |
| 12. FRP Refusal | | No | 0 | 0 | 0 | 0 |
| | No | Yes | 3 | | 0 | |
| 13. Programs Completed | | 0 | 0 | | 0 | |
| | 2 - 3 | 1 | -1 | | -1 | |
| | | 2 - 3 | -2 | -2 | -2 | -2 |
| | | 4 - 10 | -3 | | -3 | |
| | | > 10 | -4 | | -4 | |
| 14. Work Programs | | 0 Programs | 0 | | 0 | |
| | 0 Programs | 1 Program | -1 | 0 | -1 | 0 |
| | | > 1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | | General: | 7 | Violent: | -1 |
| General/Violent Risk Levels | | | General: | Low | Violent: | Minimum |
| OVERALL FEMALE PATTERN RISK LEVEL | | | | Low | | |