Exhibit #2

- Independent Study
  Acceptance letter
  Course Curriculum
- Certificates
  Total enclosed

# INTERNATIONAL CHRISTIAN
# COLLEGE and SEMINARY
Colegio Biblico Internacional y Seminario



June 26, 2020

Shamekia Liptrot #22181-040
FCI Alderson
PO Box A
Alderson, WV 24910-0990

Dear Shamekia,

On behalf of the entire staff, I want to congratulate you on your recent choice to attend International Christian College and Seminary. Your success in our program is important to us because we are dedicated to ensuring that you fulfill God's calling in your life.

You are now a member of an engaged academic community of learners and professionals, all who are here to help you excel spiritually, academically, and professionally. What does this mean? It means that spiritually, we are dedicated to your personal growth in Christ; academically, we will keep you focused on your goals; and professionally, we will do all we can to ensure a smooth transition from one aspect of your life to the next. You are not alone in this journey. Once the college has received your down payment and your contract, you are considered an official seminary student and may begin classes. As soon as the college receives your completed course assignments, your next course assignment will be sent shortly thereafter. Your prison number is your student ID number.

ICCS is truly a special place, and we are so happy that you are now part of our exciting community of learners. We will provide you the opportunity to take advantage of all ICCS has to offer. A primary goal at ICCS is to help each student realize their dreams. Self-advocacy and self-determination skills are critical to a successful experience for all college students. Our staff is committed to working with you to help you attain your educational goals and to challenging you to become all that God has called you to be.

If you find yourself unable to afford books or any appropriate course material, we will send you questions on books from the Bible and/or you can send us a list of books you have access to from your chapel library, psychology department, fellow inmates, and your intra-library loan program. If you choose to borrow books from friends or check them out, please write me so I can approve the substitutions. In your correspondence, please include titles, page numbers, and authors. You may also contact Harvest Time Books Prison Ministry at P.O. Box 300, Altamont, TN 37301. This ministry offers inmates "free" books. Request the books Great Controversy and Acts of the Apostles; these two books will be considered one course.

---

Providing Educational Excellence Since 2007

P.O. BOX 530212
DEBARY, FL 32753-0212
Website: http://iccscampus.org
Email: info@iccscampus.org
Tel. No: 877.391.3741

# INTERNATIONAL CHRISTIAN COLLEGE AND SEMINARY

Colegio Biblico Internacional y Seminario



April 29, 2020

Ms. Shamekia Liptrot #22181-040
FCI Alderson
PO Box A
Alderson, WV 24910-0990

Greetings in the precious name of our Lord and Savior Jesus Christ! We are blessed to welcome you to our family at International Christian College and Seminary. It will be our honor and privilege to serve and equip you in your worthy pursuit of spiritual enlightenment and the acquisition of your theological degree. Our primary objective is to provide you with a quality education while making it affordable for those with limited resources.

Like so many other servants of God, I have personally overcome many obstacles and heartaches along the pathway that leads toward the glittering beacon of heavenly purpose. I understand what it is like to face challenges when no one else will stand with you. I know that you have had similar challenges and trials, but be of good courage. The Bible promises us that those who mourn now shall rejoice in the everlasting tomorrow of God's love.

We are committed to walking alongside each of our students to further equip them in their divine mission. Many of your fellow students lack the necessary funds to attend a larger seminary. Because of your desire to sincerely pursue a degree in the study of God and His Word and the generosity He has bestow upon us, we are pleased to extend an 85% scholarship to you.

The following are the courses offered by ICCS and the corresponding fees (excluding the costs of textbooks).

| CODE | COURSE | Credits | Price | CODE | COURSE | Credits | Price |
|---|---|---|---|---|---|---|---|
| OTS101 | Introduction to the Old Testament | 3.0 | $474.84 | MC219 | Congregational Leadership Development | 3.0 | $474.84 |
| NTS101 | Introduction to the New Testament | 3.0 | $474.84 | ORLD130 | Leadership in Global Society | 3.0 | $474.84 |
| BLB101 | Biblical Interpretation I | 3.0 | $474.84 | LDRS170 | Innovation & Leadership | 3.0 | $474.84 |
| STS101 | Systematic Theology I | 3.0 | $474.84 | LEA103 | Developing the Leader Within | 3.0 | $474.84 |
| SCT101 | Interpreting Scripture I | 3.0 | $474.84 | LEA121 | Visionary Leadership | 3.0 | $474.84 |
| LDRS105 | Introduction to Leadership | 3.0 | $474.84 | LEA110 | Apprenticed to Leadership | 3.0 | $474.84 |
| LDR101 | Leadership Foundations I | 3.0 | $474.84 | BUS120 | New Trends in Management | 3.0 | $474.84 |
| CLED265 | The Personal Life of a Leader | 3.0 | $474.84 | CMN121 | Christian Leadership and Service | 3.0 | $474.84 |
| LDRS210 | Self-Leadership | 3.0 | $474.84 | DEL171 | Church Leadership and Administration | 3.0 | $474.84 |
| LDRS220 | Leading Others | 3.0 | $474.84 | LEA256 | Issues in Christian Leadership | 3.0 | $474.84 |

**TOTAL** .................................................................................................. $9,497.00

**Tuition:** 85% Scholarship (offer good for 45 days from postmark date) .............. $8,072.00
**Total: Associate's Degree in Christian Leadership**......................................... $1,425.00

Should you choose to pursue your degree with ICCS, the first requirement is for you to send in your deposit of $5.95 at the time of enrollment and then pay 110 easy installments of $12.95 a month.

877.391.3741 @ info@iccscampus.org ICCSCampus.org P.O. Box 530212, Debary, FL 32753-0212

Providing Educational Excellence Since 2007

# Certificate of Achievement

presented to

## Shamekia Liptrot

for completing, "Enhancing Your Vocabulary", earning 3 credit hours. This certificate is hereby issued this 4th day of August 2020.

*G. Riffe*, Teacher, FPC Alderson

# Certificate of Achievement

## Shanekia Liptrot

has successfully completed the Adult Continuing Education class: African American History consisting of 10 hours of training.

This certificate is hereby issued this 17th day of August 2020

_____
B. Conner, Instructor

_____
D. Dickerson, Supervisor of Education

