Exhibit #3

· Progress Report
  Individualized Needs Plan - Program Review



**Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 02202666
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 09-10-2020
Plan is for inmate: LIPTROT, SHAMEKIA  22181-040

|  |  |  |  |
|---|---|---|---|
| Facility: | ALD ALDERSON FPC | Proj. Rel. Date: | 04-18-2022 |
| Name: | LIPTROT, SHAMEKIA | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 22181-040 | DNA Status: | ALD08944 / 03-04-2020 |
| Age: | 35 | | |
| Date of Birth: | 08-26-1985 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALD | DINING AM | FOOD SERVICE DINING AM | 03-13-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALD | ESL HAS | ENGLISH PROFICIENT | 03-31-2020 |
| ALD | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-31-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALD |   | INDEPENDENT STUDY CLASSES | 04-29-2020 | CURRENT |
| ALD | C | AFRICAN AMERICAN HISTORY ACE | 08-03-2020 | 08-17-2020 |
| ALD | C | IN-CELL VOCABULARY ACE CLASS | 07-24-2020 | 07-28-2020 |
| ALD | C | RPP4RENTRY INT. REENTRY RES. | 03-10-2020 | 03-10-2020 |
| ALD | C | RPP5TYPREL TYPES OF RELEASE | 03-10-2020 | 03-10-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-06-2020 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-06-2020 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-06-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-06-2020 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 07-30-2020 |
| ED NONE | DRUG EDUCATION NONE | 03-17-2020 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 07-30-2020 |

### FRP Details

**Most Recent Payment Plan**

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 03-10-2020 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $50.00 | | Obligation Balance: $50.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |   |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $50.00 | IMMEDIATE | AGREED | |
|   | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|   |   | 09-05-2020 | ALD | PAYMENT | INSIDE PMT | $25.00 |
|   |   | 06-10-2020 | ALD | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

Sentry Data as of 09-07-2020      Individualized Needs Plan - Program Review   (Inmate Copy)      Page 1 of 3



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: LIPTROT, SHAMEKIA  22181-040

SEQUENCE: 02202666
Team Date: 09-10-2020

### Most Recent Payment Plan

Trust Fund Deposits - Past 6 months:   $1,656.00          Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Progress since last review

Ms. Liptrot is currently enrolled in Independent Studies Classes. She has completed In-Cell Vocabulary, African American History Classes, and Reentry Classes. She is on the waiting list to complete Resolve Workshop, Money Matters, Health Issues, Careers Incorporated, and Pre-Release Syndrome. She has maintained clear conduct since her initial arrival at this institution. She is FRP participate status. She has a work assignment of Food Service Dining AM. She has a pre-release balance of $0.00. She has obtained her drivers license.

### Next Program Review Goals

Ms. Liptrot is encouraged to complete the following tasks/programs prior to the next date of 3-8-2021. Obtain your birth certificate and social security card. Save $5.00 -$10.00 for release purposes. Maintain clear conduct. Enroll in Resume Writing

### Long Term Goals

Complete one RPP class from each of the following six elements prior to release (4-18-2022):  Health/Nutrition, Employment, Personal Finance, Community Resources, Release Requirements and Procedures and Personal Growth/Development

### RRC/HC Placement

### Comments

-Sentenced in the Western District of Michigan. Plans to return to sentencing district.
-No known detainers or pending charges at this time.
-Will be reviewed for Residential Reentry Center or Home Detention placement pursuant to the Second Chance Act at this initial classification.

Is there documentation in the PSR of any of the following?
__ Any history of Bankruptcy
__ No bank account
__ No assets nor liabilities noted in PSR
_X_ Debts noted in Credit Report or other sources
__ Tax Liabilities/back taxes
__ Unpaid alimony/child support
__ other indications of lack of financial management skills (specify)