Exhibit #4

· Denial letter from warden



U. S. Department of Justice

Federal Bureau of Prisons

Federal Prison Camp

Glen Ray Road, Box A
Alderson, West Virginia 24910

Office of the Warden

July 29, 2020

Shamekia Liptrot
22181-040
FPC Alderson
Glen Ray Road, Box A
Alderson, WV 24910

Re: Compassionate Release Request

Dear Ms. Liptrot:

Your request for Reduction in Sentence (RIS)/Compassionate Release based on concerns about COVID-19 and mental health issues, received on July 13, 2020, has been reviewed. After careful consideration, your request is denied. Please note that RIS is a separate program from the changes to home confinement eligibility in response to the Coronavirus Aid, Relief, and Economic Security Act (CARES Act).

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Additionally, your medical records have been evaluated to determine if you meet the criteria for any of the medical related RIS categories. Your medical condition does not meet the criteria for the categories as set forth in policy. Accordingly, your RIS request is denied at this time.

You have the right to appeal this decision via the Administrative Remedy Procedure as outlined in policy.

Sincerely,

M. E. Re [signature]

M. E. Reherman, Warden

cc:   Unit Team