# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 24, 2021

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

        Re: Case No. 21-1003, *USA v. Shamekia Liptrot*
            Originating Case No. 1:18-cr-00167-15

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                   Sincerely,

                                   s/Gretchen S. Abruzzo, Case Manager for
                                   Roy Ford, Case Manager
                                   Direct Dial No. 513-564-7016

cc: Ms. Shamekia Liptrot
    Mr. Daniel T. McGraw
    Ms. Kate Zell

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-1003

_____

Filed: May 24, 2021

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SHAMEKIA LIPTROT

      Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/30/2021 the mandate for this case hereby issues today.

COSTS:  None